UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
ROBERT RICHARDS & LINDA RICHARDS,
Debtors.

Case No. 12-61840-TJT
Chapter 13
Judge Thomas J. Tucker

_____/

ROBERT RICHARDS & LINDA RICHARDS,

Plaintiffs,

-vs-                                                                                  Adv. No. 12-5966

COMMUNITY CHOICE CREDIT UNION,

Defendant.
_____/

**JUDGMENT**

This adversary proceeding came before the Court on the Plaintiffs' Complaint. On May 21, 2013 a trial was held, and on May 25, 2013 the Court issued a written opinion. For the reasons stated by the Court in its written opinion (Docket # 26),

IT IS ORDERED that upon completion of the Plaintiffs' Chapter 13 Plan in bankruptcy case number 12-61840, the mortgage of Defendant COMMUNITY CHOICE CREDIT UNION representing the second mortgage ("Mortgage") recorded MARCH 15, 2006, covering the following described property ("Property):

> SITUATED IN THE STATE OF MICHIGAN, COUNTY OF OAKLAND AND IN THE TOWNSHIP OF ROSE.
>
> PART OF THE SOUTHWEST ¼ OF SECTION 6 AND PART OF NORTHWEST ¼ OF SECTION 7, TOWN 4 NORTH, RANGE 7 EAST, ALL DESCRIBED AS BEGINNING AT POINT DISTANT NORTH 00 DEGREES 2 MINUTES 10 SECONDS EAST 161.04 FEET AND EAST 163.03 FEET AND NORTH 88 DEGREES 56 MINUTES 30 SECONDS EAST 561.55 FEED AND SOUTH 87 DEGREES 41 MINUTES 00 SECONDS EAST 127 FEET FROM NORTHWEST CORNER OF SECTION 7, THENCE SOUTH 87 DEGREES 41 MINUTES 00 SECONDS EAST 65.28 FEET, THENCE NORTH 83 DEGREES 12 MINUTES 00 SECONDS EAST 212.16 FEET, THENCE SOUTH 00 DEGREES 15 MINUTES 33 SECONDS WEST 563.85 FEET, THENCE NORTH 83 DEGREES 25 MINUTES 42 SECONDS WEST 277.72 FEET, THENCE NORTH 00 DEGREES 15 MINUTES 33 SSECONDS EAST 509.60 FEET TO BEGINNING.

PARCEL NO: 06-07-102-012

recorded in the Oakland County Register of Deeds on under Liber 37248, Page 261, will be stripped from the Property and discharged.

    IT IS FURTHER ORDERED that upon completion of the Plaintiffs' Chapter 13 Plan in bankruptcy case number 12-61840 the Plaintiffs may record a certified copy of this Judgment with the Oakland County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

    IT IS FURTHER ORDERED that if the Plaintiffs fail to complete their Chapter 13 Plan in the bankruptcy case number 12-61840, this Judgment does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the Plaintiffs either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on May 28, 2013**

                                                        /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge